# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 4:24-MJ-73 |
| | ) | |
| v. | ) | |
| | ) | |
| ASHLEY DANIELLE GARCIA | ) | |

## ORDER OF DISMISSAL

The motion of the Government for an order dismissing, without prejudice, the complaint made against **ASHLEY DANIELLE GARCIA** is **GRANTED**. Doc. 12. The complaint in the above-referenced case is hereby dismissed without prejudice. A separate indicted case remains pending against this defendant in this Court. *U.S. v. Ashley D. Garcia*, Case No. 4:24-cr-114. Ms. Garcia remains in custody pursuant to the undersigned's order of detention entered in that case at doc. 13.

**SO ORDERED** this 7th day of January 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA